

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00119-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Nadine **REALME,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14297
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On July 29, 2020, this court denied appellee's motion for extension and ordered appellee's brief due. We advised appellee if no appellee's brief was filed by July 31, 2020, this appeal would be set for submission without an appellee's brief.

At 12:03 a.m. on August 1, 2020, appellee filed a brief. The brief violates the following rules: (1) Texas Rule of Appellate Procedure 38.1(c) in that it lacks a table of authorities, and (2) Texas Rule of Appellate Procedure 9.4(*i*)(3) in that it lacks a certificate of compliance. The brief further fails to comply with this court's preference that citations to the record and citations to supporting authorities be included in the body of briefs and not placed in footnotes.

It is therefore ORDERED that appellee's brief is STRICKEN from our record. It is FURTHER ORDERED that if appellee does not file a corrected brief within five (5) days of the date of this order, this appeal will be set for submission without an appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.



MICHAEL A. CRUZ, Clerk of Court